# THE SUPREME COURT

OF

## PENNSYLVANIA.

WESTERN DISTRICT—PITTSBURGH 1858.

32    , 9|
f 36 SC ¹134

## Road in Kiskiminitas Township.

The setting aside of a report of viewers for excessive damages, is not a final order which can be reviewed on *certiorari*.
The party, in such case, is entitled to an *alias* view, on motion.

CERTIORARI to the Quarter Sessions of *Armstrong county*.

On the 8th June 1855, the court below confirmed a report of viewers laying out a public road, leading from another public road between John Smeltzer's barns to the Saltsburg road, in Kiskiminitas township, Armstrong county, through the improved lands of David Findley; and directed the same to be opened of the width of thirty feet.

On the 10th May 1858, David Findley filed a petition for the assessment of his damages sustained by the opening of the road; and viewers were appointed, who reported that he had sustained damages to the amount of $316.66, and assessed the same accordingly.

On the 11th August 1858, the court below set aside this report, on the ground that the damages were excessive; whereupon Findley removed the proceedings to this court by *certiorari*.

*Boggs & Calhoun*, for the appellant, cited Newville Road, 8 *Watts* 178–9.

*Blakeley*, for the County Commissioners, cited Fretz's Appeal, 3 *Harris* 397; Schuylkill Falls Road, 2 *Binn*. 250.

(9)

[Road in Kiskiminitas Township.]

The opinion of the court was delivered by

LOWRIE, C. J.—We cannot regard the setting aside of the report of the viewers for excessive damages, as a final order in this case, and, therefore, we must declare this *certiorari* to be prematurely taken.

The petition is the commencement of the complainant's action for damages; and having commenced it properly, he has a right to have it carried through to the end. If his petition were fatally defective in time or matter, it would be dismissed; but mere irregularities or errors in other parts of the proceeding, are not fatal to his action. Those are usually corrected by the court below, while the proceeding is going on there; and if they are not, they may be corrected here.

A correction made here is no more fatal to the proceeding, than when made below: 24 *State Reports* 397; 23 *Id.* 286, 302; 18 *Id.* 220, 233; 17 *Id.* 116. The cause goes on anew from the correction. The road law requires an approval by the court, in order that the proceedings in such cases shall be equivalent to a judgment; and if the court disapprove the report, the party is entitled to an *alias* view on motion, just as he is entitled to a new trial when a verdict is set aside, or to a new inquisition when one is set aside, or as we order a new trial when we reverse a judgment for error in the trial. This shows that there is no final order here; therefore,

The *certiorari* is quashed, and the record remanded for further proceedings according to law.